IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN DOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHOE SHOW, INC.<br><br>Defendant. | Civ. Action No. 2:12-cv-00694-MPK |

## MOTION FOR ADMISSION OF ERIC C. BOSSET, *PRO HAC VICE*

Shoe Show, Inc., by its attorneys, Davies, McFarland & Carroll, P.C., moves the Court for the admission, *pro hac vice*, of Eric C. Bosset and, in support of its motion, sets forth the following:

1. Undersigned counsel is a member in good standing of the bar of this Court and is local counsel for Shoe Show, Inc. in this matter.

2. Eric C. Bosset is an attorney at law, admitted to the bar of the following jurisdictions: District of Columbia Bar; Florida (inactive); United States District Court for the District of Columbia; United States District Court for the District of Maryland; United States District Court for the Central District of Illinois; United States Court of Appeals for the District of Columbia Circuit, and United States Court of Appeals for the Third Circuit.

3. Shoe Show, Inc. has retained Mr. Bosset to represent it in this matter due to his expertise in the subject matter of this lawsuit and wishes to have him enter his appearance on its behalf. Mr. Bosset's Declaration, listing all courts in which he is admitted to practice and certifying that he is a registered user of ECF in the United States District Court for the Western

District of Pennsylvania and that he has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania, is attached hereto.

4.     The fee, payable to the clerk, has been submitted.

WHEREFORE, the undersigned counsel moves the admission of Eric C. Bosset, *pro hac vice*, in the above-captioned matter.

                                                DAVIES, McFARLAND & CARROLL, P.C.

                                                */s/ William D. Geiger*
                                                William D. Geiger
                                                PA29918
                                                DAVIES MCFARLAND & CARROLL, P.C.
                                                One Gateway Center, 10th Floor
                                                Pittsburgh, PA  15222
                                                (412) 281-0737
                                                (412)-261-7251 (fax)
                                                wgeiger@dmcpc.com

                                                *Attorney for Defendant Shoe Show, Inc.*

DATED:  October 22, 2012