IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN DOVER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-694 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| SHOE SHOW, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Motion for Certification for Interlocutory Appeal (**Doc. 30**) is **DENIED**, for essentially the same reasons stated in Plaintiff's brief in opposition thereto. See Doc. 33. Interlocutory appeal is granted sparingly, and, at bottom, the Court is not convinced that Defendant's arguments rise beyond "mere disagreement" with the District Court's ruling. See N.J. Reg'l Council of Carpenters v. D.R. Horton, Inc., 2011 WL 1322204, *1 (D. N.J. Mar. 31, 2011) (citations and internal quotations omitted).

IT IS SO ORDERED.


May 7, 2013                                    s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge


cc (via ECF email notification):

All Counsel of Record