IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN DOVER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 2:12-CV-00694-MPK |
| v. ) ) | **Magistrate Judge Maureen P. Kelly** |
| SHOE SHOW, INC., ) ) | **United States District Judge Cathy Bissoon** |
| Defendant. ) | |

## MOTION FOR ADMISSION OF ANDREW SOUKUP, *PRO HAC VICE*

Shoe Show, Inc., by its attorneys, Davies, McFarland & Carroll, P.C., moves this Court for the admission, *pro hac vice*, of Andrew Soukup. In support of its motion, Shoe Show sets forth the following:

1. Undersigned counsel is a member in good standing of the bar of this Court and is local counsel for Shoe Show, Inc. in this matter.

2. Andrew Soukup is member in good standing of the bars of the following jurisdictions and courts: Illinois, District of Columbia; the United States District Court for the Eastern District of Wisconsin; the United States District Court for the District of Columbia; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Ninth Circuit; and the United States Court of Appeals for the Eleventh Circuit.

3. Shoe Show, Inc. has retained Mr. Soukup to represent it in this matter due to his expertise in the subject matter of this lawsuit and wishes to have him enter his appearance on its behalf. Mr. Soukup's Declaration, listing all courts in which he is admitted to practice and certifying that he is a registered user of ECF in the United States District Court for the Western

District of Pennsylvania and that he has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania, is attached hereto.

4. The fee, payable to the clerk, has been submitted.

WHEREFORE, the undersigned counsel moves the admission of Andrew Soukup, *pro hac vice* in the above-captioned matter.

> Respectfully submitted,
>
> DAVIES, McFARLAND & CARROLL, P.C.
>
> /s/ *William D. Geiger*
> William D. Geiger (PA #29918)
> DAVIES, MCFARLAND & CARROLL, P.C.
> One Gateway Center, 10th Floor
> Pittsburgh, PA 15222
> Telephone: (412) 281-0737
> Facsimile: (412) 261-7251
> *wgeiger@dmcpc.com*
>
> *Attorney for Defendant Shoe Show, Inc.*

Dated: May 14, 2013