# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN DOVER,<br>Individually, and on Behalf of<br>All Others Similarly Situated, | ) ) ) ) | Case No. 2:12-cv-00694-CB-MPK |
| Plaintiff, | ) ) ) | Judge Cathy Bissoon |
| v. | ) ) ) | Magistrate Judge Maureen P. Kelly |
| SHOE SHOW, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF J.W. MANNING

J.W. Manning hereby declares as follows:

1.    I am a senior executive with Shoe Show, Inc. ("Shoe Show"), a position I have held for 19 years. I submit this declaration to explain how Shoe Show has provided the Shoe Show In-Store Notice and the Shoe Show Website Notice, as those terms are defined in the Stipulation and Agreement of Class Action Settlement (the "Settlement") that I signed on behalf of Shoe Show. This declaration is based on my personal knowledge, and I am competent to testify about the matters listed herein.

Shoe Show In-Store Notice

2.    On December 2, 2013, I contacted the store manager at every store listed on the attached Exhibit A. Exhibit A is a list of all stores listed on Exhibit H to the Settlement that were open as of December 1, 2013.

3.    I instructed each store manager to post a copy of the attached Exhibit B to the front of the store, taped to the inside of the glass to the interest. If this was not possible, I

instructed store managers to post the notice in another prominent location. Exhibit B is substantially in the same form as Exhibit F to the Settlement. I instructed store managers to keep Exhibit B posted from December 9, 2013 to February 27, 2013.

4.      I also asked each store manager to confirm in writing that they would (1) post the notice I sent, and (2) ensure the notice remained posted until February 27, 2013. Every store manager on the attached Exhibit A provided this written confirmation.

5.      As far as I am aware, every store listed in Exhibit A has posted Exhibit B in a prominent location since December 9, 2013.

6.      Consistent with the terms of the Settlement, after Settlement Class Counsel files a motion asking the Court to grant final approval to the Settlement, I plan to inform store managers that they may remove the notice.

Shoe Show Website Notice

7.      On December 9, 2013, I caused Shoe Show to publish on its website (at www.shoeshow.com/class) a notice of the settlement. A true and correct copy of the notice that was published at that link is attached hereto as Exhibit C. Exhibit C is in substantially the same form as Exhibit E to the Settlement. That same day, I also caused Shoe Show to publish a link to this notice on the home page of its website. Exhibit C and the corresponding link on the homepage have remained on Shoe Show's website since December 9, 2013.

8.      Consistent with the terms of the Settlement, after Settlement Class Counsel files a motion asking the Court to grant final approval to the Settlement, I plan to cause Shoe Show to remove the information on its website providing notice about this Settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: February 17, 2014.

J.W. Manning

3

# EXHIBIT A

| Store # | Store name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 160 | SHOE DEPT. | Selma Mall   Suite 109 | 1391 E Highland Ave | Selma | AL | 36703 |
| 859 | SHOE DEPT. | 24881 John T. Reid Pkway | | Scottsboro | AL | 35768 |
| 1162 | SHOE DEPT. | Big Springs Village | 11611-B Us Hwy 431 South | Guntersville | AL | 35976 |
| 1264 | SHOE DEPT. | Wal-Mart Supercenter | 7885 Moffet Rd Suite 112 | Semmes | AL | 36575 |
| 1400 | SHOE DEPT. | Colonial Promenade Tanhil | 4897 Promenade Pkwy,# 115 | Bessemer | AL | 35022 |
| 1523 | SHOE DEPT. | Crossings Of Decatur #316 | 1241 Point Mallard Pkwy | Decatur | AL | 35601 |
| 201 | SHOE DEPT. ENCORE | Colonial University Villa | 1627 Opelika Rd, Suite 72 | Auburn | AL | 36830 |
| 727 | SHOE SHOW | Pepperell Corners | 2384 Pepperell Parkway | Opelika | AL | 36801 |
| 1483 | SHOE SHOW | Talladega Shopping Center | 811 Battle Street East | Talladega | AL | 35160 |
| 408 | SHOE DEPT. | The Pines | 2901 Pines Mall Dr, #128 | Pine Bluff | AR | 71601 |
| 1383 | SHOE DEPT. | Signature Plaza S/C | 200 Progress Ave,Suite 35 | Siloam Springs | AR | 72761 |
| 613 | SHOE DEPT. ENCORE | Hot Springs Mall | 4501 Central Ave. Su-107 | Hot Springs | AR | 71913 |
| 1477 | SHOE SHOW | Marketplace At W Memphis | 650 W Service Rd,Ste 111 | West Memphis | AR | 72301 |
| 1534 | SHOE SHOW | Camden Marketplace | 1220 Highway 278 West | Camden | AR | 71701 |
| 1490 | SHOE DEPT. ENCORE | Paradise Valley Mall | 4550 E Cactus Rd, Ste 214 | Phoenix | AZ | 85032 |
| 1513 | SHOE DEPT. ENCORE | Desert Sky Mall | 7611 W Thomas Rd,Ste B002 | Phoenix | AZ | 85033 |
| 1525 | SHOE DEPT. ENCORE | Metro Center Mall | 9617 N Metro Pkwy W,#1022 | Phoenix | AZ | 85051 |
| 1531 | SHOE DEPT. ENCORE | Superstition Springs Ctr | 6555 E Southern Ave,#1402 | Mesa | AZ | 85206 |
| 1544 | SHOE DEPT. ENCORE | Promenade At Casa Grande | 1004 N Promenade Pkwy,141 | Casa Grande | AZ | 85194 |
| 1537 | SHOE DEPT. ENCORE | Citadel Mall | 750 Citadel Dr East,#2120 | Coloradosprings | CO | 80909 |
| 1541 | SHOE DEPT. ENCORE | Town Center At Aurora | 14200 E Alameda Av,#2032C | Aurora | CO | 80012 |
| 1474 | SHOE DEPT. ENCORE | Crystal Mall | 850 Hartford Pike, L104A | Waterford | CT | 6385 |
| 1476 | SHOE DEPT. ENCORE | Westfld Connecticut Post | 1201 Boston Post Road | Milford | CT | 6460 |
| 881 | SHOE SHOW | Dover Crossing S/C | 194 John Hunn Brown Rd. | Dover | DE | 19901 |
| 230 | SHOE DEPT. ENCORE | Panama City Mall | 2004 M L King Blvd | Panama City | FL | 32405 |
| 1514 | SHOE DEPT. ENCORE | Gulf View Square | 9409 Us Hwy 19,Suite 107A | Port Richey | FL | 34668 |
| 1497 | SHOE SHOW | Palatka Mall | 400 Hwy 19 N, Space 46 | Palatka | FL | 32177 |
| 606 | SHOE DEPT. | Tifton Mall | 458 Virginia Ave. | Tifton | GA | 31794 |
| 1481 | SHOE DEPT. | The Shoppes At Jesup | 1103 N 1St Street | Jesup | GA | 31545 |
| 1499 | SHOE DEPT. | Southgate S/C | 1631 Gordon Hwy,Unit 17A | Augusta | GA | 30906 |
| 277 | SHOE DEPT. ENCORE | Dublin Mall | 2005 Veterans Bvd.SuA-16 | Dublin | GA | 31021 |
| 372 | SHOE DEPT. ENCORE | Georgia Square Mall | 3700 Atlanta Hwy,Space 77 | Athens | GA | 30606 |
| 680 | SHOE DEPT. ENCORE | 1025 Northlake Mall | 4800 Briar Cliff Road | Atlanta | GA | 30345 |
| 802 | SHOE DEPT. ENCORE | Valdosta Mall, Box 111 | 1700 Norman Drive | Valdosta | GA | 31601 |
| 262 | SHOE SHOW | Victory Square | 1915 E Victory Dr,Suite G | Savannah | GA | 31404 |
| 294 | SHOE SHOW | Heritage Corners S/C | 3759 Victory Drive | Columbus | GA | 31903 |
| 1064 | SHOE SHOW | Perimeter Place S/C | 1240 S Madison Ave | Douglas | GA | 31533 |
| 1505 | SHOE SHOW | Gwinnett Place | 2100 Pleasant Hill Rd#112 | Duluth | GA | 30096 |

| 1518 | SHOE SHOW | Albany Crossing S/C | 244 Cordele Rd,Suite C-1 | Albany | GA | 31705 |
|------|-----------|---------------------|--------------------------|--------|-----|-------|
| 1482 | SHOE DEPT. | Shoppes At Pontiac | 1700 West Reynolds Street | Pontiac | IL | 61764 |
| 159 | SHOE DEPT. ENCORE | Gurnee Mills  Unit #383 | 6170 West Grand Avenue | Gurnee | IL | 60031 |
| 1478 | SHOE DEPT. ENCORE | Hickory Point Mall | 1245 Hickory Point Mall | Forsyth | IL | 62535 |
| 1496 | SHOE DEPT. ENCORE | Muncie Mall Room H01B | 3501 N Granville Avenue | Muncie | IN | 47303 |
| 1045 | SHOE DEPT. | 1144 Florence Mall | Space 1144 | Florence | KY | 41042 |
| 1547 | SHOE DEPT. ENCORE | Greenwood Mall | 2625 Scottsville Rd,# 610 | Bowling Green | KY | 42104 |
| 98 | SHOE SHOW | 370 Village Dr. | Suite 5 | Prestonsburg | KY | 41653 |
| 345 | SHOE SHOW | London Marketplace S/C | 1720 Highway 192 West | London | KY | 40741 |
| 1070 | SHOE SHOW | Wal-Mart/Lowe's S/C | 108 Daniel Boone Plaza | Hazard | KY | 41701 |
| 1506 | SHOE SHOW | Park Plaza S/C | 2531B Ft Campbell Highway | Hopkinsville | KY | 42240 |
| 96 | SHOE SHOW MEGA | Mayo Plaza S/C | 351 N Mayo Trail | Paintsville | KY | 41240 |
| 1053 | SHOE DEPT. | Clearview Mall S/C | 4436 Veterans Mem Blvd | Metairie | LA | 70006 |
| 1530 | SHOE DEPT. | Gentilly S/C | 4800 Chef Menteur Hwy | New Orleans | LA | 70126 |
| 26 | SHOE DEPT. ENCORE | Alexandria Mall | 3437 Masonic Dr,Ste 1570 | Alexandria | LA | 71301 |
| 91 | SHOE DEPT. ENCORE | Pecanland Mall | 4700 Millhaven Rd,Su 1512 | Monroe | LA | 71203 |
| 366 | SHOE DEPT. ENCORE | Southland Mall Space 2025 | 5953 W Park Ave | Houma | LA | 70364 |
| 370 | SHOE DEPT. ENCORE | Oakwood Center | 197 Westbank Expway,#2005 | Gretna | LA | 70053 |
| 603 | SHOE DEPT. ENCORE | The Esplanade   Ste 1812 | 1401 W Esplanade Avenue | Kenner | LA | 70065 |
| 1442 | SHOE DEPT. ENCORE | Hammond Square S/C | 400 Palace Drive | Hammond | LA | 70403 |
| 1489 | SHOE DEPT. ENCORE | Prien Lake Mall | 508 W Prien Lake Rd,#501D | Lake Charles | LA | 70601 |
| 1078 | SHOE SHOW | Riverlands Shopping Centr | 1318 West Airline Hwy | Laplace | LA | 70068 |
| 1485 | SHOE SHOW | Southland Mall | 5953 West Park Ave,#2069 | Houma | LA | 70364 |
| 1507 | SHOE SHOW | Westland S/C | 2522 Williams Blvd | Kenner | LA | 70062 |
| 1511 | SHOE SHOW | Vista Village S/C | 723 Creswell Lane | Opelousas | LA | 70570 |
| 1527 | SHOE SHOW | Oakwood Center | 197 Westbank Expway,#1180 | Gretna | LA | 70053 |
| 1520 | SHOE DEPT. | Cape Cod Mall | 793 Iyannough Rd,Sp-S113A | Hyannis | MA | 2601 |
| 835 | SHOE DEPT. ENCORE | Emerald Sq Mall,# W163A-4 | 999 S Washington St | North Attleboro | MA | 2760 |
| 845 | SHOE DEPT. ENCORE | Eastfield Mall | 1655 Boston Rd,Space 119 | Springfield | MA | 1129 |
| 1475 | SHOE DEPT. ENCORE | Solomon Pond Mall | 601 D Lynch Blvd,Ste N270 | Marlborough | MA | 1752 |
| 1535 | SHOE DEPT. ENCORE | The Mall At Whitney Field | 100 Commercial Road | Leominster | MA | 1453 |
| 567 | SHOE DEPT. | Westfield Shopping Town | 11160 Veirs Mill Road | Wheaton | MD | 20902 |
| 692 | SHOE DEPT. ENCORE | The Centre At Salisbury | 2300 N.Salisbury Blv,D100 | Salisbury | MD | 21801 |
| 1469 | SHOE DEPT. ENCORE | Lakeforest Mall,# F-117A | 701 Russell Avenue | Gaithersburg | MD | 20877 |
| 1166 | SHOE SHOW | Oakland Plaza | 13180 Garrett Highway | Oakland | MD | 21550 |
| 1536 | SHOE SHOW | Beltway Plaza Mall | 6208 Greenbelt Rd,#7 & 8 | Greenbelt | MD | 20770 |
| 1543 | SHOE DEPT. ENCORE | Lakeside Mall | 14600 Lakeside Cr,Sp 2320 | Sterling Height | MI | 48313 |
| 1550 | SHOE DEPT. ENCORE | Oakland Mall | 452 West 14 Mile Road | Troy | MI | 48083 |
| 1529 | SHOE SHOW | One Michigan Place S/C | 31272 Michigan Avenue | Westland | MI | 48186 |

| 1548 | SHOE SHOW | Wal-Mart Shopping Center | 734 East Chicago Street | Coldwater | MI | 49036 |
|------|-----------|--------------------------|-------------------------|-----------|----|-------|
| 793 | SHOE DEPT. | River Bend Plaza | 3650 Stardust Dr Suite N | Hannibal | MO | 63401 |
| 500 | SHOE DEPT. ENCORE | Bonita Lakes Mall, Sp 400 | 1210 Bonita Lakes Circle | Meridian | MS | 39301 |
| 1502 | SHOE SHOW | Cloverleaf S/C | 1812 North Frontage Road | Meridian | MS | 39301 |
| 1533 | SHOE SHOW | Grady Plaza | 754 East 15Th Street | Yazoo City | MS | 39194 |
| 464 | SHOE DEPT. | 408 Cross Creek Mall | | Fayetteville | NC | 28303 |
| 884 | SHOE DEPT. | Concord Mills, Sp 690 | 8111 Concord Mills Blvd | Concord | NC | 28027 |
| 944 | SHOE DEPT. | Triangle Town Ctr #Fl1007 | 5959 Triangle Town Blvd | Raleigh | NC | 27616 |
| 1524 | SHOE DEPT. | 115 W Elmsley Dr, Ste 102 | | Greensboro | NC | 27406 |
| 1539 | SHOE DEPT. | University Pointe S/C#110 | 5700 University Point Blv | Charlotte | NC | 28262 |
| 300 | SHOE DEPT. ENCORE | Valley Hills Mall | 1960 Hwy 70 Se, Suite 276 | Hickory | NC | 28602 |
| 587 | SHOE DEPT. ENCORE | Westfield Eastridge Mall | 246-252 N New Hope Road | Gastonia | NC | 28054 |
| 823 | SHOE DEPT. ENCORE | New Bern Mall | 3018 Ml King Jr Blvd | New Bern | NC | 28562 |
| 1498 | SHOE DEPT. ENCORE | Carolina Mall | 1480 Concord Pkwy N,#180 | Concord | NC | 28025 |
| 1509 | SHOE DEPT. ENCORE | Independence Mall | 3500 Oleander Dr, Sp 1200 | Wilmington | NC | 28403 |
| 42 | SHOE SHOW | Grandview Station S/C | 2845 Sugar Hill Rd,Ste 11 | Marion | NC | 28752 |
| 54 | SHOE SHOW | Carolina Mall | 1480 Concord Pkwy North | Concord | NC | 28025 |
| 84 | SHOE SHOW | Eden Shopping Center | 660 S Pierce St, Suite H. | Eden | NC | 27288 |
| 93 | SHOE SHOW | Monroe Crossing | 2115-302 Roosevelt Blvd W | Monroe | NC | 28110 |
| 102 | SHOE SHOW | Southwood Square | 2850 S Main Street | High Point | NC | 27263 |
| 282 | SHOE SHOW | Northeast Center | 1018 Summit Avenue | Greensboro | NC | 27405 |
| 756 | SHOE SHOW | Abbey Plaza | 609 Park Street | Belmont | NC | 28012 |
| 1492 | SHOE SHOW | Wal-Mart Super Center | 2080 Club Pond Road | Raeford | NC | 28376 |
| 1517 | SHOE SHOW | Westerly Hills Plaza | 3408 Wilkinson Boulevard | Charlotte | NC | 28208 |
| 1526 | SHOE SHOW | River Landing S/C | 3642 Ramsey Street | Fayetteville | NC | 28311 |
| 1519 | SHOE DEPT. ENCORE | Gateway Mall | 432 Gateway Mall | Lincoln | NE | 68505 |
| 665 | Burlington Shoe | Outlet Collectn Jrsy Grdn | 651 Kapkowksi Rd Su-1094 | Elizabeth | NJ | 7201 |
| 1357 | SHOE DEPT. | North Plains Mall | 2809 N Prince St.,#1121 | Clovis | NM | 88101 |
| 1397 | SHOE DEPT. | Coronado Center | 6600 Menaul Ne,Suite A003 | Albuquerque | NM | 87110 |
| 1542 | SHOE DEPT. | 2110 Highway 180 East | | Silver City | NM | 88061 |
| 1512 | SHOE DEPT. ENCORE | Cottonwood Mall | 10,000 Coors Blvd,Rm B11A | Albuquerque | NM | 87114 |
| 1180 | SHOE DEPT. | Springville S/C | 231 S Cascade Dr Ste 133 | Springville | NY | 14141 |
| 1452 | SHOE DEPT. | Shoppers World | 4265 Veterans Drive | Geneseo | NY | 14454 |
| 1493 | SHOE DEPT. | Marshall's Plaza | 2164 Delaware Avenue | Buffalo | NY | 14216 |
| 1503 | SHOE DEPT. | 10413 Bennett Road | | Fredonia | NY | 14063 |
| 360 | SHOE DEPT. ENCORE | Market Place Mall | 131 Miracle Mile Dr. | Rochester | NY | 14623 |
| 383 | SHOE DEPT. ENCORE | Greece Ridge Center | 278 Greece Ridge Cntr Dr. | Rochester | NY | 14626 |
| 428 | SHOE DEPT. ENCORE | Southside Mall | 5006 State Hwy 23,Ste 27 | Oneonta | NY | 13820 |
| 573 | SHOE DEPT. ENCORE | Oakdale Mall | 601 Harry L Dr,Suite 101 | Johnson City | NY | 13790 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 598 | SHOE DEPT. ENCORE | Newburgh Mall Suite 1114 | 1401 Route 300 | Newburgh | NY | 12550 |
| 1479 | SHOE DEPT. ENCORE | 1 Sunrise Mall,Spc 2160 | | Massapequa | NY | 11758 |
| 1508 | SHOE DEPT. ENCORE | Rotterdam Sq Mall,Pob6116 | 93 W Campbell Rd, Sp A116 | Schenectady | NY | 12306 |
| 1510 | SHOE DEPT. ENCORE | Wilton Square Mall | 3065 Route 50, Suite 80 | Saratoga Sprngs | NY | 12866 |
| 1515 | SHOE DEPT. ENCORE | Jefferson Valley Mall | 650 Lee Blvd, Room G02A | Yorktown Height | NY | 10598 |
| 704 | SHOE DEPT. | Massillon Market Place | 29 Massillon Market Pl Dr | Massillon | OH | 44646 |
| 828 | SHOE DEPT. | Richland Mall, Space D36 | 608 Richland Mall | Mansfield | OH | 44906 |
| 901 | SHOE DEPT. | 209 Captain D.Seeley Mia | | Marietta | OH | 45750 |
| 927 | SHOE DEPT. | Fort Steuben Mall | 100 Mall Drive Space C-6 | Steubenville | OH | 43952 |
| 932 | SHOE DEPT. | Shoppes At Athens | 743 E State St Space K | Athens | OH | 45701 |
| 667 | SHOE DEPT. ENCORE | Richmond Town Square | 691 Richmond Rd Space C19 | Richmond Height | OH | 44143 |
| 935 | SHOE DEPT. ENCORE | Upper Valley Mall #262A | 1475 Upper Valley Pike | Springfield | OH | 45504 |
| 1480 | SHOE DEPT. ENCORE | 500 Southpark Ctr, Au-716 | | Strongsville | OH | 44136 |
| 1516 | SHOE DEPT. ENCORE | Southern Park Mall | 7401 Market St,Space 437A | Youngstown | OH | 44512 |
| 1486 | SHOE SHOW | Liberty Plaza | 3551 Belmont Ave,Suite 5A | Youngstown | OH | 44505 |
| 1221 | SHOE DEPT. | Chickasha Plaza | 1702 South First Street | Chickasha | OK | 73018 |
| 1281 | SHOE DEPT. | 5423 West Owen K Garriott | Road | Enid | OK | 73703 |
| 16 | SHOE DEPT. ENCORE | Mcalester Shopping Center | 504 S George Nigh Expway | Mcalester | OK | 74501 |
| 79 | SHOE DEPT. ENCORE | Uniontown Mall | 1916 Mall Run Road | Uniontown | PA | 15401 |
| 100 | SHOE DEPT. ENCORE | 633 Millcreek Mall | | Erie | PA | 16565 |
| 337 | SHOE DEPT. ENCORE | Logan Valley Mall | 5580 Goods Ln, Suite 1042 | Altoona | PA | 16602 |
| 595 | SHOE DEPT. ENCORE | Monroeville Mall | 240 Monroeville Mall | Monroeville | PA | 15146 |
| 1460 | SHOE SHOW | Pittston Crossings | 320 Highway 315,Suite 120 | Pittston | PA | 18640 |
| 1462 | SHOE SHOW | Taylor Commons | 1341 S Main Ave,Suite 200 | Scranton | PA | 18504 |
| 131 | SHOE DEPT. ENCORE | Westgate Mall, Suite 20 | 205 W Blackstock Rd | Spartanburg | SC | 29301 |
| 1443 | SHOE DEPT. ENCORE | Greenwood Mall | 420 Bypass 72 Nw,# 14-18 | Greenwood | SC | 29649 |
| 1521 | SHOE DEPT. ENCORE | Columbia Place Mall | 7201 Two Notch Rd,#Dl-440 | Columbia | SC | 29223 |
| 151 | SHOE SHOW | Plantation Plaza | 1324 North Fraser Street | Georgetown | SC | 29440 |
| 765 | SHOE SHOW | Hartsville Crossing | 1475 Retail Row | Hartsville | SC | 29550 |
| 1488 | SHOE SHOW | Sumter Mall | 1057 Broad St, Suite 49 | Sumter | SC | 29150 |
| 979 | SHOE DEPT. | Hamilton Place Mall #160 | 2100 Hamilton Place Blvd | Chattanooga | TN | 37421 |
| 1377 | SHOE DEPT. | Colonial Town Park | 805 Industrial Blvd #300 | Smyrna | TN | 37167 |
| 1522 | SHOE DEPT. | 2345 E Andrew Johnson Hwy | | Greeneville | TN | 37745 |
| 1540 | SHOE DEPT. | Oak Court Mall | 4465 Poplar Ave,Ste 2510 | Memphis | TN | 38117 |
| 236 | SHOE SHOW | Kimball Crossing S/C | 311 Kimball Crossing Dr | Kimball | TN | 37347 |
| 771 | SHOE SHOW | Centre Stage | 2104 Memorial Blvd | Springfield | TN | 37172 |
| 870 | SHOE SHOW | 463 S.Davy Crockett Pkwy | | Morristown | TN | 37813 |
| 1217 | SHOE SHOW | Newport Towne Center | 124 Newport Towne Center | Newport | TN | 37821 |
| 1501 | SHOE SHOW | Due West S/C | 1136 Gallatin Road, South | Madison | TN | 37115 |

| 450 | SHOE DEPT. | Richland Mall, Space 101 | 6001 W Waco Dr, Box 308 | Waco | TX | 76710 |
|---|---|---|---|---|---|---|
| 811 | SHOE DEPT. | Paris Towne Center | 3514 Lamar Avenue | Paris | TX | 75460 |
| 1084 | SHOE DEPT. | Pinnacle Park S/C Ste 101 | 4398 Dallas Ft Worth Tnpk | Dallas | TX | 75211 |
| 1381 | SHOE DEPT. | El Paseo Marketplace | 1854 Joe Battle Blvd. | El Paso | TX | 79936 |
| 404 | SHOE DEPT. ENCORE | 1056 Lufkin Mall | 4600 Medford Drive | Lufkin | TX | 75901 |
| 451 | SHOE DEPT. ENCORE | Post Oak Mall Suite 1000 | 1500 Harvey Road | College Station | TX | 77840 |
| 493 | SHOE DEPT. ENCORE | Sikes Senter Suite 112 | 3111 Midwestern Parkway | Wichita Falls | TX | 76308 |
| 494 | SHOE DEPT. ENCORE | Mall Del Norte | 5300 San Dario,Suite 109 | Laredo | TX | 78041 |
| 582 | SHOE DEPT. ENCORE | Victoria Mall Suite 121A | 7800 North Navarro | Victoria | TX | 77904 |
| 615 | SHOE DEPT. ENCORE | Westgate Mall Suite 380 | 7701 West Interstate 40 | Amarillo | TX | 79121 |
| 672 | SHOE DEPT. ENCORE | Sunset Mall | 4001 Sunset Dr,Suite 1280 | San Angelo | TX | 76904 |
| 1491 | SHOE DEPT. ENCORE | Plaza On Galveston Island | 6311 Stewart Road | Galveston | TX | 77551 |
| 1532 | SHOE SHOW | Irving West Shopping Ctr | 1419A North Beltline Road | Irving | TX | 75061 |
| 1549 | SHOE SHOW | Bluegrove Plaza  Ste 180 | 1450 W Pleasant Run Rd | Lancaster | TX | 75146 |
| 432 | SHOE DEPT. | Manassas Mall-Space 93 | 8300 Sudley Rd. | Manassas | VA | 20109 |
| 964 | POUNDING MILL | 12850 Gov.G.C. Peery Hway | | Pounding Mill | VA | 24637 |
| 460 | SHOE DEPT. ENCORE | River Ridge Mall | 3405 Candlers Mountain Rd | Lynchburg | VA | 24502 |
| 461 | SHOE DEPT. ENCORE | Southpark Mall | 364 Southpark Circle | Colonial Hgts | VA | 23834 |
| 471 | SHOE DEPT. ENCORE | Valley View Mall # Ua5 | 4802 Valley View Blvd. | Roanoke | VA | 24012 |
| 569 | SHOE DEPT. ENCORE | New River Valley Mall | 806 New River Road | Christiansburg | VA | 24073 |
| 803 | SHOE DEPT. ENCORE | Chesterfield Towne Ct-200 | 11500 Midlothian Turnpike | Richmond | VA | 23235 |
| 831 | SHOE SHOW | 4666 Southside Plaza | | Richmond | VA | 23224 |
| 217 | SHOE DEPT. ENCORE | Meadowbrook Mall | 2840 Meadowbrook Rd, #840 | Bridgeport | WV | 26330 |
| 263 | SHOE DEPT. ENCORE | 58 Crossroads Mall | | Mt Hope | WV | 25880 |
| 279 | SHOE DEPT. ENCORE | Mercer Mall  261 Mercer | Mall Bvd,#505  Pobox 7073 | Bluefield | WV | 24701 |
| 210 | SHOE SHOW | Marketplace Shopping Ctr | Us Hwy 33 East, Unit 4B | Weston | WV | 26452 |
| 1504 | SHOE SHOW | 706 West Main Street | | Ripley | WV | 25271 |
| 1551 | SHOE SHOW | Crossing Shopping Center | 213 Crossings Mall Road | Elkview | WV | 25071 |

# EXHIBIT B

# <u>WELCOME</u>

## IF YOU USED A CREDIT OR DEBIT CARD AT THIS STORE BETWEEN

# JUNE 3, 2008 AND AUGUST 27, 2013

## YOU MAY BE ELIGIBLE FOR A VOUCHER WORTH $35 OR $7 OFF ANY MERCHANDISE.

## FOR ELIGIBILITY CRITERIA AND FURTHER DETAILS, PLEASE VISIT THE FOLLOWING WEBSITE:
### www.ShoeShowSettlement.com

# EXHIBIT C

Find a Store     Gift Cards     Blog     Create an Account · Login     0 items

Home     Women's     Men's     Girls'     Boys'     Handbags     Accessories     Brands          | search |

## Shoe Show, Inc.
## FACTA Class Action Lawsuit Settlement

A federal judge has preliminarily approved a class action lawsuit settlement with Shoe Show, Inc. over allegations that it violated federal law by electronically printing more than the last five digits of customers' credit and debit card numbers and/or credit/debit card expiration dates on customer receipts at retail stores. If you made a purchase with a credit or debit card at a Shoe Show, Inc. store, including "SHOE SHOW," "SHOE DEPT.," "SHOE DEPT. ENCORE," "Shoebilee!," or "Burlington Shoes," between June 3, 2008 and August 27, 2013, you may be eligible to claim a $35 ("Tier One") or $7 ("Tier Two") Voucher from the class action settlement.

The Shoe Show settlement will resolve a class action lawsuit alleging the company violated the Fair and Accurate Credit Transaction Act ("FACTA") by electronically printing expiration dates and/or more than the last five digits of customer credit and debit card numbers on customer receipts at retail stores (a "non-compliant receipt").

Shoe Show, Inc. denies any wrongdoing, but has agreed to compensate Class Members through a class action lawsuit settlement to resolve the litigation.

Class Members of the Shoe Show FACTA settlement include anyone who made a purchase at any Shoe Show, Inc. retail stores during the period from June 3, 2008 through August 27, 2013, using a credit card or debit card and who received a non-compliant receipt. The class excludes anyone who suffered identity theft as a result of any receipt they received from Shoe Show, Inc.

Class Members can claim a Tier One ($35) Voucher by submitting a completed Claim Form and providing the original or a legible copy of their non-compliant receipt.

The only way to receive a Tier One ($35) Voucher from the class action settlement is to submit a valid Claim Form along with a non-compliant receipt postmarked no later than 90 days after the date when the court has finally approved the settlement and that order is not subject to any further judicial review.

After all Tier One Vouchers have been distributed, Shoe Show, Inc. will distribute a maximum of 375,000 Tier Two ($7) vouchers. You do not need to submit a Claim Form to receive a Tier Two Voucher, which will be distributed in select Shoe Show stores on a first-come, first-served basis as further described in the settlement agreement.

Claim Forms and more information on your rights in the **Shoe Show FACTA Class Action Lawsuit Settlement** can be found at www.ShoeShowSettlement.com.

The case is *Dover v. Shoe Show, Inc., Case No. 2:12-cv-00694-CB-MPK*, United States District Court, Western District of Pennsylvania.

**Website of the Class Action Lawsuit Settlement Administrator:**
www.ShoeShowSettlement.com

**Address to submit a claim form (REQUIRED):**

To receive a Tier One ($35) Voucher, you must submit a completed and valid Claim Form along with a non-compliant receipt to the following address postmarked no later than 90 days after the date when the court has finally approved the settlement and that order is not subject to any further judicial review.

Shoe Show FACTA Settlement Administrator
P.O. Box 3067
Faribault, MN 55021-2667

**Phone Number to call for assistance:**
(888) 356-1277

**Credit/Debit Card Purchase Between:**
June 3, 2008 and August 27, 2013

**Claims must be postmarked by:**
No later than 90 days after the date when the court has finally approved the settlement and that order is not subject to any further judicial review

**Settlement Administrator:**
Shoe Show FACTA Settlement Administrator

**Class Counsel:** Gary F. Lynch
CARLSON LYNCH LTD

PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212

**Defense Counsel:** Eric C. Bosset
COVINGTON & BURLING LLP
1201 Pennsylvania Ave NW
Washington, DC 20004

| DEPARTMENTS | HELP | ABOUT | |
|---|---|---|---|
| Women's | FAQ | Company Information | Compatible with Chrome, Firefox, Safari and Internet Explorer |
| Men's | Find a Store | Terms of Use | © 2014 SHOE SHOW, INC. All Rights Reserved. |
| Girls' | Contact Us | Privacy Policy | Terms of Service |
| Boys' | Gift Cards | Class Action Settlement | |
| Handbags | Reward Points | | |
| Accessories | | | |
| Brands | | | |



Norton SECURED
ABOUT SSL CERTIFICATES

Trustwave
Trusted Commerce
Click to Validate