IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN DOVER, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SHOE SHOW, INC.,<br><br>　　　　　Defendant. | Case No. 2:12-cv-00694-CB-MPK |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Payment of Plaintiff Incentive Award, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS: Plaintiff's Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Payment of Plaintiff Incentive Award, Plaintiff's Motion is GRANTED. Defendant shall pay fees and costs to Settlement Class Counsel in the amount of $500,000.00, consistent with the terms of the Settlement Agreement. Defendant shall also pay a Settlement Class Representative Award in the amount of $2,500.00 to the named Plaintiff, consistent with the terms of the Settlement Agreement.

　　　IT IS SO ORDERED.


DATED: March 13, 2014　　　　　　　　　s\Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　The Hon. Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　United States District Judge


cc:　　Gary F. Lynch, Esquire
　　　　Sunshine R. Fellows, Esquire
　　　　Jamisen A. Etzel, Esquire
　　　　William David Geiger, Esquire

Eric C. Bosset, Esquire
Andrew J. Soukup, Esquire
(*Via CM/ECF Electronic Mail*)

Case 2:12-cv-00694-CB   Document 57   Filed 02/28/14   Page 2 of 2